IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JOSÉ ANTONIO RUIZ HERNÁNDEZ<br>ANA MARÍA MALDONADO MEDINA<br><br>DEBTORS<br><br>JOSÉ ANTONIO RUIZ HERNÁNDEZ<br>ANA MARÍA MALDONADO MEDINA<br>PLAINTIFFS<br><br>V.<br><br>HÉCTOR M. MAYOL KAUFFMAN as Administrator of the ADMINISTRATION OF THE RETIREMENT SYSTEMS FOR EMPLOYEES OF THE GOVERNMENT AND THE JUDICARY of the Commonwealth of Puerto Rico; JESUS A. FLORES HUGGINS as Supervisor of the Computation Section, Pensioned Division, of the ADMINISTRATION OF THE RETIREMENT SYSTEMS FOR EMPLOYEES OF THE GOVERNMENT AND THE JUDICARY of the Commonwealth of Puerto Rico of the Commonwealth of Puerto Rico; SECRETARY OF JUSTICE, GUILLERMO SOMOZA COLOMBANI; COMMONWEALTH OF PUERTO RICO, THROUGH THE DESIGNATED SECRETARY OF JUSTICE OF PUERTO RICO, GUILLERMO SOMOZA COLOMBANI, as the Attorney General for the Commonwealth of Puerto Rico.<br>DEFENDANTS<br><br>JOSÉ R. CARRION MORALES, ESQ.<br>Chapter 13 Trustee | Case No.: 09-00212 (ESL)<br><br>CHAPTER 13<br><br>ADV. PROCEEDING: 10-00189 |

EXTENSION OF TIME 2
IN RE: JOSÉ ANTONIO RUIZ HERNÁNDEZ
ANA MARÍA MALDONADO MEDINA
V. HÉCTOR M. MAYOL KAUFMAN, ETS. ALS.
ADV. PROC. NO. 10-00189
Case No.: 09-00212

**MOTION REQUESTING EXTENSION OF TIME**

**TO THE HONORABLE COURT:**

    **COMES NOW,** Defendants, the Administration of the Retirement Systems for Employees of the Government and the Judiciary and the Commonwealth of Puerto Rico, <u>without submitting to the Court's jurisdiction</u>, through the Secretary of Justice, by the undersigned counsel, who appears for the sole purpose of this motion, and very respectfully avers and prays as follows:

    1. That this Honorable Court has jurisdiction under Title 28 USC §1334, and venue under Title 28 USC §1408, and particularly regarding this matter under Title 11 USC §108, on Extension of Time, Rule 6 (b) of the Federal Rules of Civil Procedure and Rule 7001 *et seq.* of Federal Rules of Bankruptcy Procedure.

    2. The Plaintiffs filed an adversary proceeding against Movant – Defendants, under Rule 7001 *et seq.* of Federal Rules of Bankruptcy Procedure, on **November 24, 2010. Please see Bankruptcy CM/ECF Docket, under entry no. 1.**

    3. The Summons were issued by the Honorable Court on **November 24, 2010,** and the Service was completed in accordance with Rule 7004 (b) (3), Federal Rules of Bankruptcy Procedure on

EXTENSION OF TIME 3
IN RE: JOSÉ ANTONIO RUIZ HERNÁNDEZ
ANA MARÍA MALDONADO MEDINA
V. HÉCTOR M. MAYOL KAUFMAN, ETS. ALS.
ADV. PROC. NO. 10-00189
Case No.: 09-00212

**December 7, 2010 (An additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if were served by mail.**

4. In accordance with Rule 7012 of the Federal Rules of Bankruptcy Procedure the defendants shall serve an answer within 30 days after the issuance of the summons, which are due on January 9, 2011, given that is a Sunday, then the period runs until the end of the next labor day, which is Monday, January 10, 2011.

5. The appearing Defendants are still analyzing the Plaintiffs' arguments and prepare the case. In spite of the undersigned best efforts, said analysis has not concluded.

6. To be able to adequately answer the complaint filed by the Plaintiffs the Defendants are requesting the Honorable Court an extension of time of forty five (45) days, in accordance to Title 11 USC §108 for Extension of Time.

7. The reasons for Defendants to request the extension of time is to make and verified the allegation in the complaint and to file a responsible and well-grounded answer to the Complaint.

8. The Defendants very respectfully requests to this Honorable Court to grant forty five (45) days to answer the complaint.

**WHEREFORE**, the Defendants, very respectfully request from this Honorable Court to grant this motion and extend the period

EXTENSION OF TIME 4
IN RE: JOSÉ ANTONIO RUIZ HERNÁNDEZ
ANA MARÍA MALDONADO MEDINA
V. HÉCTOR M. MAYOL KAUFMAN, ETS. ALS.
ADV. PROC. NO. 10-00189
Case No.: 09-00212

of time that Defendants have to answer the complaint filed by the Plaintiffs.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY**, that on this date I filed this motion with the Clerk of the Bankruptcy court using the CM/ECF system, which will serve notice to all participants.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this 10 day of January 2011.

>**GUILLERMO SOMOZA COLOMBANI**
>Secretary of Justice of the Commonwealth
>of Puerto Rico
>
>**GRISEL SANTIAGO CALDERÓN**
>Deputy Secretary of Justice
>In Charge of Litigation
>
>**WANDYMAR BURGOS VARGAS**
>U.S.D.C. No. 223502
>Director of Legal Affairs
>Federal Litigation Division
>
>*//S// YANINA RUFAT GARCÍA*
>**YANINA RUFAT GARCÍA, ESQ**
>U.S.D.C. NO. 226011
>Attorney
>Federal Litigation Division
>
>*//S// MIGDA LIZ RODRÍGUEZ COLLAZO*
>**MIGDA LIZ RODRÍGUEZ COLLAZO, ESQ**
>U.S.D.C. NO. 224608
>Attorney
>Federal Litigation Division
>
>DEPARTMENT OF JUSTICE OF THE
>COMMONWEALTH OF PUERTO RICO

EXTENSION OF TIME
IN RE: JOSÉ ANTONIO RUIZ HERNÁNDEZ
ANA MARÍA MALDONADO MEDINA
 V. HÉCTOR M. MAYOL KAUFMAN, ETS. ALS.
ADV. PROC. NO. 10-00189
Case No.: 09-00212
5

```
                              P.O. Box 9020192
                              San Juan, PR 00902-0192
                              Phone 787 721-5636/8010
                              Fax. (787) 723-9188
                              bankruptcyjusticia.gobierno.pr@gmail.com
```

EXTENSION OF TIME
IN RE: JOSÉ ANTONIO RUIZ HERNÁNDEZ
ANA MARÍA MALDONADO MEDINA
 V. HÉCTOR M. MAYOL KAUFMAN, ETS. ALS.
ADV. PROC. NO. 10-00189
Case No.: 09-00212

5